**LING HUANG, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 04–70682.

United States Court of Appeals, Ninth Circuit.

Submitted July 22, 2008.*

Filed Aug. 5, 2008.

William Kiang, San Gabriel, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Oil, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, THOMAS, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Ling Huang, a native of China and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's order denying her applications for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand for further proceedings.

The agency's decisions in this case preceded *Sael v. Ashcroft*, 386 F.3d 922 (9th Cir.2004), in which we held that "Sael's evidence compels the conclusion that Indonesia's ethnic Chinese minority is at least a 'disfavored group.'" *Id.* at 927. We remand for the agency to reconsider Huang's claims in light of *Sael. See generally INS v. Ventura*, 537 U.S. 12, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**